```
McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2763
```



FILED

JUN - 6 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK



SEAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: APPLICATION FOR PEN REGISTER, TRAP AND TRACE DEVICE, CALLER IDENTIFICATION SERVICE, AND CELL SITE, BILLING, AIR TIME, AND SUBSCRIBER INFORMATION | **UNDER SEAL**<br><br>SW- 05-0131 PAN |

## S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: June ___, 2005

PETER A. NOWINSKI
UNITED STATES MAGISTRATE JUDGE