1 McGREGOR W. SCOTT
  United States Attorney
2 PHILIP A. FERRARI
  ELLEN V. ENDRIZZI
3 Assistant United States Attorneys
  501 I Street, Suite 10-100
4 Sacramento, California 95814
  Telephone (916) 554-2700
5
6
7                       UNITED STATES DISTRICT COURT
8                      EASTERN DISTRICT OF CALIFORNIA
9
10 In Re: Application For An Order      )   SW-05-0131 PAN
   Authorizing The Installation And    )
11 Use Of A Pen Register Device, Trap   )   MOTION TO UNSEAL
   And Trace Device, Dialed Number     )   AND ORDER
12 Interceptor, Number Search Device,   )
   And Caller Identification Service,  )
13 And The Disclosure Of Billing,       )
   Subscriber, And Air Time Information)
14                                      )
                                        )
15
16 _____The documents filed in the above-referenced case were ordered
17 sealed by this Court until further order.  Those documents related
18 to an investigation that resulted in a first superseding indictment
19 that was returned on July 21, 2005 in case number Cr. S. 05-290 WBS.
20     The United States hereby requests that the above-referenced
21 file be unsealed so that its contents may be revealed in discovery
22 in Case No. CR. S. 05-290 WBS.
23 Dated: August 10, 2005              Respectfully submitted,
24
                                       McGREGOR W. SCOTT
25                                     United States Attorney
26
                                   By: /s/ Phillip A. Ferrari
27                                     PHILIP A. FERRARI
                                       Assistant U.S. Attorney
28

                                   1

1    Upon application of the United States of America and good cause
2 having been shown,
3    IT IS HEREBY ORDERED that the United States' Motion To Unseal
4 the documents filed in this case is GRANTED.
5    Dated:  August 11, 2005.

                                         /s/ Peter A. Nowinski
                                           Peter A. Nowinski
                                           Magistrate Judge